ACCEPTED
01-15-00199-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/10/2015 8:49:24 AM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 01-15-00199-CV |
| Appellate Case Style: | Wilfried P. Schmitz |
| Vs. | Jimmy Brill Cox |
| Companion Case No.: | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/10/2015 8:49:24 AM
CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 1st Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization (choose one) | ☒ Lead Attorney |
| | First Name: Wilfried |
| First Name: Wilfried | Middle Name: P. |
| Middle Name: P. | Last Name: Schmitz |
| Last Name: Schmitz | Suffix: |
| Suffix: | Law Firm Name: Wilfried P. Schmitz & Associates, P.C. |
| Pro Se: ◯ | Address 1: 17040 El Camino Real |
| | Address 2: Suite 400 |
| | City: Houston |
| | State: Texas    Zip+4: 77058 |
| | Telephone: 281-486-5066    ext. |
| | Fax: 281-486-2041 |
| | Email: Court_documents@schmitzlaw.com |
| | SBN: 17778700 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Marybeth |
| First Name: Jimmy | Middle Name: M. |
| Middle Name: Brill | Last Name: Nelson |
| Last Name: Cox | Suffix: |
| Suffix: | Law Firm Name: |
| Pro Se: ◯ | Address 1: 830 Apollo |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77058 |
| | Telephone: 409-684-3067    ext. |
| | Fax: 817-533-1131 |
| | Email: marybethnelson@yahoo.com |
| | SBN: 00788109 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Other

Date order or judgment signed: February 20, 2015     Type of judgment: Interlocutory Order

Date notice of appeal filed in trial court: March 4, 2015

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☒ Yes ☐ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☒ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000? ☒ Yes ☐ No

Judgment or order disposes of all parties and issues: ☐ Yes ☒ No

Appeal from final judgment: ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | | | |
|---|---|---|---|---|
| Motion for New Trial: | ☐ Yes | ☒ No | If yes, date filed: | |
| Motion to Modify Judgment: | ☐ Yes | ☒ No | If yes, date filed: | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes | ☒ No | If yes, date filed: | |
| Motion to Reinstate: | ☐ Yes | ☒ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes | ☒ No | If yes, date filed: | |
| Other: | ☐ Yes | ☒ No | | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | | | |
|---|---|---|---|---|
| Affidavit filed in trial court: | ☐ Yes | ☒ No | If yes, date filed: | |
| Contest filed in trial court: | ☐ Yes | ☐ No | If yes, date filed: | |

Date ruling on contest due:

Ruling on contest: ☐ Sustained     ☐ Overruled     Date of ruling:

## VIII.  Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes  ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: _____  Bankruptcy Case Number: _____

## IX.  Trial Court And Record

Court:  122nd Galveston District Court

County:  Galveston

**Trial Court Docket Number (Cause No.):**  14CV0246

Trial Judge (who tried or disposed of case):

First Name:  John

Middle Name:  

Last Name:  Ellisor

Suffix:  

Address 1:  600 59th Street

Address 2 :  4th Floor

City:  Galveston

State:  Texas        Zip + 4:  77551

Telephone:  409-766-2275      ext.  

Fax:  

Email:  

Clerk's Record:

Trial Court Clerk:  ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested:  March 4, 2015

If no, date it will be requested:  

Were payment arrangements made with clerk?

☒ Yes  ☐ No  ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was there a reporter's record electronically recorded?  ☐ Yes  ☒ No

If yes, date requested: March 4, 2015

If no, date it will be requested:  

Were payment arrangements made with the court reporter/court recorder?  ☒ Yes  ☐ No  ☐ Indigent

☒ Court Reporter      ☐ Court Recorder
☐ Official      ☐ Substitute

First Name:     Mary

Middle Name:     Kathryn

Last Name:     Piper

Suffix:

Address 1:     405th Judicial District Court

Address 2:     600 59th Street

City:     Galveston

State:    Texas      Zip + 4:   77551

Telephone:    409-765-2683     ext.

Fax:

Email:

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes   ☒ No     If yes, date filed:

Will file: ☐ Yes   ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?    ☐ Yes   ☒ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?     ☐ Yes   ☒ No

If no, please specify:

Has the case been through an ADR procedure?    ☐ Yes   ☒ No

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?    ☐ Pre-Trial    ☐ Post-Trial    ☐ Other

If other, please specify:

Type of case?    Other

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Appeal of denial of Motion to Dismiss by operation of law under Tex. Civ.Prac & Rem. Code Chapter 27 Appeal is DeNovo under CPRC §27.008

How was the case disposed of?    Other

Summary of relief granted, including amount of money judgment, and if any, damages awarded.   Motion denied by operation of Law

If money judgment, what was the amount? Actual damages:

Punitive (or similar) damages:

Attorney's fees (trial):

Attorney's fees (appellate):

Other:

If other, please specify:

Will you challenge this Court's jurisdiction?  ☐ Yes  ☒ No

Does judgment have language that one or more parties "take nothing"?  ☐ Yes  ☒ No

Does judgment have a Mother Hubbard clause?  ☐ Yes  ☒ No

Other basis for finality?

Rate the complexity of the case (use 1 for least and 5 for most complex):  ☒ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5

Please make my answer to the preceding questions known to other parties in this case.  ☒ Yes  ☐ No

Can the parties agree on an appellate mediator?  ☐ Yes  ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|---|---|---|---|---|
|  |  |  |  |  |

Languages other than English in which the mediator should be proficient:

Name of person filing out mediation section of docketing statement:  Wilfried Schmitz

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                          Trial Court:

Style:

Vs.

## XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☒ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☒ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

_____
Signature of counsel (or pro se party)

Date:  March 10, 2015

Printed Name:  Wilfried P. Schmitz

State Bar No.:  17778700

Electronic Signature:  /s/ Wilfried Schmitz
(Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  March 9, 2015  .

_____
Signature of counsel (or pro se party)

Electronic Signature: /s/ Wilfried Schmitz
(Optional)

State Bar No.: 17778700

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 10, 2015

Manner Served: eServed

First Name: Marybeth

Middle Name: M.

Last Name: Nelson

Suffix:

Law Firm Name:

Address 1: 830 Apollo

Address 2:

City: Houston

State Texas    Zip+4: 77058

Telephone: 409-684-3067    ext.

Fax: 817-533-1131

Email: Marybethnelson@yahoo.com

If Attorney, Representing Party's Name: Jimmy Brill Cox

Please enter the following for each person served:

Date Served: March 10, 2015

Manner Served: eServed

First Name: Dan

Middle Name:

Last Name: Krieger

Suffix:

Law Firm Name: Law Office of Dan Krieger

Address 1: 215 E. Galveston Street

Address 2:

City: League City

State Texas     Zip+4: 77573

Telephone: 281-486-8125     ext.

Fax: 281-480-0885

Email: dan@kriegerlawfirm.com

If Attorney, Representing Party's Name: Rosenda Cox

Please enter the following for each person served:

---

Date Served: March 10, 2015

Manner Served: eServed

First Name: Gregory

Middle Name: P.

Last Name: Crinion

Suffix:

Law Firm Name: 17040 El Camino Real

Address 1: Suite 200

Address 2:

City: Houston

State Texas     Zip+4: 77058

Telephone: 281-990-8300     ext.

Fax: 281-990-8393

Email: gcrinion@cdrlegal.com

If Attorney, Representing Party's Name: Wilfried P. Schmitz & Associates, P.C.